JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN FLETCHER,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. EDCV 18-370 JGB(JC)<br><br>JUDGMENT |

In accordance with the Order Dismissing Action, IT IS ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: May 7, 2018

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE